United States District Court
Southern District of Texas
**ENTERED**
May 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELITON REYNA PESINA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-1544 |
| | § | |
| WARDEN, MONTGOMERY | § | |
| PROCESSING CENTER, *et al.* | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

Petitioner Meliton Reyna Pesina was detained in the custody of officials with Immigration and Customs Enforcement (ICE). Through counsel, the petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. 1). On April 28, 2026, the Court ordered the respondents to answer.

On May 7, 2026, the respondents filed a motion to dismiss the petition as moot and state that the petitioner was removed to Mexico on April 15, 2026. The petitioner has not filed a response.

The respondents' motion to dismiss as moot (Dkt. 5) is **GRANTED**. This habeas action is **DISMISSED** for lack of subject matter jurisdiction.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas on May 21, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE